USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANTONIO URENA, Plaintiff, | : | 1:26-cv-3462-GHW |
| -v- | : | <u>ORDER</u> |
| CL FORTUNE FAMILY LLC, *et al.*, Defendants. | : | |

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for January 5, 2027 will instead take place on November 23, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's April 28, 2026 order, Dkt. No. 5, are due no later than November 16, 2026.

SO ORDERED.

Dated: October 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge